IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARLON JACKSON, SR.** § | | **PLAINTIFF** |
| § | | |
| v. § | | **Civil No. 1:09cv756-HSO-JMR** |
| § | | |
| **COCA-COLA BOTTLING COMPANY** § | | |
| **UNITED, INC., WAL-MART STORES** § | | |
| **EAST, L.P., and JOHN DOES 1** § | | |
| **THROUGH 3** § | | **DEFENDANTS** |

## FINAL JUDGMENT

BEFORE THE COURT is Defendant Coca-Cola Bottling Co. United, Inc.'s Motion to Dismiss [19], filed on May 14, 2010, in the above-captioned cause. Defendant Wal-Mart Stores East, L.P., has joined in the Motion.  *See* Joinder [21]. The Court, after a full review and consideration of Defendant's Motion to Dismiss [19], the related pleadings on file, and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Defendant's Motion to Dismiss [19] is **GRANTED IN PART AND DENIED IN PART**, and that this cause be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 2nd day of November, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE